RUTH JOLIS, Respondent, v. BERNARD JOLIS, Appellant.— Plaintiff's attorneys, by divulging to her certain information obtained in the examination before trial violated the express terms of the prior order. However, we accept the statement that the attorneys did not understand that the restriction in the order applied to the plaintiff. In the circumstances we do not think there was a willful contempt. Order unanimously affirmed. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

RUTH JOLIS, Respondent, v. BERNARD JOLIS, Appellant.— Apart from the fact that the presence of these photographs in the court records is highly improper, there would appear to be no necessity or justification therefor. They accordingly are ordered removed. Plaintiff should not make further use of the photographs in any court proceeding except by permission of a justice of

any court of competent jurisdiction. Order unanimously reversed and the motion granted to the extent indicated above. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.